UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In re:                                                          Bankr. Case No.: 10-57577

Mahmoud R. Rahim and
Raya H. Abdulhussain,

      Debtors.

_____/

Mahmoud R. Rahim and
Raya H. Abdulhussain,                                  Case No. 10-15123

      Appellants,                                         Honorable Sean F. Cox
                                                                United States District Judge
v.

Pacifica Loan Four, LLC,
David R. Bartley, Sr., and
Bartley Realty Services,

      Appellees/Creditors.

_____/

<u>JUDGMENT</u>

      This matter comes to this Court on appeal from the United States Bankruptcy Court for

the Eastern District of Michigan.  For the reasons set forth in the Court's Opinion & Order [Doc.

No. 23], the Court **AFFIRMS** the decision of the Bankruptcy Court.


      **IT IS SO ORDERED**.

                             S/Sean F. Cox_____
                             Sean F. Cox
                             United States District Judge
Dated:  May 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on

1

2

May 23, 2011, by electronic and/or ordinary mail.

<div style="margin-left: 40%;">

S/Jennifer Hernandez
Case Manager

</div>